**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Clayton Dale ELLIOTT, Defendant–Appellant.**

No. 07–10362

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 14, 2008.

Alan M. Buie, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Raymond J. Rodgers, Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before KING, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender (FPD) appointed to represent Clayton Dale Elliott has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Elliott has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.